E-FILED
Tuesday, 10 March, 2015 02:56:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, CARPENTERS PENSION FUND OF ILLINOIS, CARPENTERS RETIREMENT SAVINGS FUND OF ILLINOIS, <br><br> Plaintiffs, <br><br> v. <br><br> JEFF THERRIEN CONSTRUCTION LLC, <br><br> Defendant. | Civil No. 13-3416 |

## OPINION ENTERING DEFAULT JUDGMENT

SUE E. MYERSCOUGH, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Final Default Judgment against Defendant Jeff Therrien Construction LLC (d/e 20). The Court has reviewed Plaintiffs' Memorandum in Support (d/e 21), all of the exhibits attached thereto, and the Plaintiffs' updated affidavits in support of fees (d/e 23). The Motion (d/e 20) is GRANTED.

IT IS HEREBY ORDERED THAT default judgment is entered in favor of Plaintiffs and against Defendant Jeff Therrien Construction LLC as follows: That Judgment is entered in favor of the Plaintiffs, Central Illinois Carpenters Health and Welfare Trust Fund, Carpenters Pension Fund of Illinois, and Carpenters Retirement Savings Fund of Illinois, and against the Defendant Jeff Therrien Construction LLC in the amount of $.38, representing delinquent contributions due to the Plaintiff Welfare Fund; $6,799.95, representing Liquidated Damages due to the Plaintiff Pension and Retirement Savings Funds; $18,909.32, representing Liquidated Damages due to the Plaintiff Welfare Fund; $4,636.17, representing interest due to the Plaintiff Welfare Fund; $5,232.52, representing interest due to the Plaintiff Pension and Retirement Savings Funds; $1,917.70 in audit costs; $13,084.50 in attorneys' fees; and $720.00 in costs, for a total of $51,252.22.

Note that this amount does not include the additional fee request submitted by the Plaintiffs on January 13, 2015 (d/e 23), which the Court finds should not be awarded. Plaintiffs' counsel only had to perform the additional work reflected in the amended

fee request because of unclear drafting on the first fee request. The cost of correcting that deficiency should not be exacted from the Defendant.

ENTER: March 10, 2015.

                              s/ Sue E. Myerscough
                              SUE E. MYERSCOUGH
                              UNITED STATES DISTRICT JUDGE