UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, CARPENTERS PENSION FUND OF ILLINOIS, CARPENTERS RETIREMENT SAVINGS FUND OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF THERRIEN CONSTRUCTION LLC,<br><br>Defendant. | Civil No. 13-3416 |

## AMENDED OPINION ENTERING DEFAULT JUDGMENT

SUE E. MYERSCOUGH, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion to Correct Opinion Entering Default Judgment against Defendant Jeff Therrien Construction LLC (d/e 28). The Court previously entered its Opinion Entering Default Judgment (d/e 26) on March 10, 2015, granting Plaintiffs' Motion for Final Default Judgment against Defendant Jeff Therrien Construction LLC (d/e 20). The Court has

reviewed Plaintiffs' Memorandum in Support of Motion To Correct Opinion Entering Default Judgment Against Defendant Jeff Therrien Construction LLC (d/e 29) and determined that the entry of an amended opinion is warranted. Therefore, the Plaintiffs' Motion (d/e 28) is GRANTED.

IT IS HEREBY ORDERED THAT default judgment is entered in favor of Plaintiffs and against Defendant Jeff Therrien Construction LLC as follows: That Judgment is entered in favor of the Plaintiffs, Central Illinois Carpenters Health and Welfare Trust Fund, Carpenters Pension Fund of Illinois, and Carpenters Retirement Savings Fund of Illinois, and against the Defendant Jeff Therrien Construction LLC in the amount of $.38, representing delinquent contributions due to the Plaintiff Welfare Fund; $6,751.63, representing Liquidated Damages due to the Plaintiff Pension and Retirement Savings Funds; $18,909.32, representing Liquidated Damages due to the Plaintiff Welfare Fund; $4,636.17, representing interest due to the Plaintiff Welfare Fund; $5,232.52, representing interest due to the Plaintiff Pension and Retirement Savings Funds; $1,917.70 in audit costs; $13,084.50 in attorneys' fees; and

$720.00 in costs, for a total of $51,252.22.

ENTER: April 17, 2015.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE